COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause Number:  01-15-00197-CV

Trial Court Cause
Number:  2012-33464-A

Style:  Leticia  B.  Loya

**v**  Vitol, Inc., Michael Metz, and Antonio Maarraoui

Date motion filed[*]:  September 10, 2015

Type of motion:  Unopposed Motion to File Sur-reply Brief

Party filing motion:  Appellees

Document to be filed:  Sur-reply brief

Is appeal accelerated? ☐ YES  ☐ NO

Ordered that motion is:

☒  Granted

If document is to be filed, document due:  _Filed September 10, 2015_____

☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐  Denied

☐  Dismissed (*e.g.*, want of jurisdiction, moot)

☐  Other: _____

Judge's signature: /s/ Terry Jennings

☒ Acting individually  ☐ Acting for the Court

Panel consists of _____

Date: September 17, 2015_____